UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EARTH ISLAND INSTITUTE, a
California non-profit, and
CENTER FOR BIOLOGICAL
DIVERSITY, a non-profit
corporation,

                                        NO. CIV. S 05-1608 MCE PAN

          Plaintiffs,

     v.                                 ORDER

UNITED STATES FOREST SERVICE,
DALE BOSWORTH, in his official
capacity as Chief of the U.S.
Forest Service, and JOHN
BERRY, in his capacity as
Forest Supervisor for the
Eldorado National Forest,

          Defendants,

     and

SIERRA PACIFIC INDUSTRIES,

          Applicant for Intervention.

----oo0oo----

     Sierra Pacific Industries has moved to intervene in this

1

case, pursuant to Federal Rule of Civil Procedure 24, on grounds
that it has a concrete interest in these proceedings as the
salvage harvest contractor for both timber restoration projects
opposed by Plaintiffs herein.  No opposition has been filed to
Sierra Pacific Industries' intervention request.

Given that lack of opposition, and good cause appearing
therefore, the motion of Sierra Pacific Industries to intervene
in this action is hereby GRANTED.[1]


IT IS SO ORDERED.


DATED: October 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1]Because oral argument would not be of material assistance,
this matter was deemed suitable for decision without oral
argument.  E.D. Local Rule 78-230(h).