IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a Calif. non-profit, and CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES FOREST SERVICE, DALE BOSWORTH, in his official capacity as Chief of the U.S. Forest Service, and JOHN BERRY, in his capacity as Forest Supervisor for the Eldorado National Forest<br>        Defendants. | Case No. 2:05-cv-01608-MCE PAN<br><br>**ORDER** |

The United States having moved for a 30-day extension of time to file an answer or other responsive pleading herein; Plaintiffs having no objection; and the Court being otherwise sufficiently advised; the motion is GRANTED.  The United States shall file its answer or other responsive pleading on or before November 15, 2005.

        IT IS SO ORDERED

DATED: October 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE