IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARTH ISLAND INSTITUTE, a
California non-profit; and CENTER
FOR BIOLOGICAL DIVERSITY, a
non-profit corporation,

        Plaintiff,                            No. CIV S-05-1608 MCE EFB

    vs.

UNITED STATES FOREST SERVICE,
et al.,
        Defendants.                       ORDER
_____/

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: September 6, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE