IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EARTH ISLAND INSTITUTE, a Calif. non-profit, and CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE, DALE BOSWORTH, in his official capacity as Chief of the U.S. Forest Service, and JOHN BERRY, in his capacity as Forest Supervisor for the Eldorado National Forest,<br><br>   Defendants,<br>and,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>   Defendant-Intervenors,<br><br>and,<br><br>TUOLUMNE COUNTY ALLIANCE FOR RESOURCES AND ENVIRONMENT; SIERRA RESOURCES MANAGEMENT, INC.; TUOLUMNE COUNTY CHAMBER OF COMMERCE; and CALIFORNIA FOREST COUNTIES SCHOOLS COALITION<br><br>   Defendants-Intervenors | Case No. 2:05-cv-1608-MCE PAN<br><br>ORDER GRANTING<br>LEAVE TO APPEAR TELEPHONICALLY |

The matter is before the Court on Federal Defendants' request to appear telephonically at the hearing concerning the bond issue scheduled before this Court on October 30, 2006 at 9:00 a.m in Courtroom 3.

1

Good cause being shown and the Court being otherwise fully advised, the Court hereby grants Federal Defendants' request.

    Counsel for Federal Defendants, Jeffrey S. Dillen, may appear telephonically at phone number 202-305-0293.

    It is so ORDERED.

Dated: October 24, 2006

                                                 _____
                                               MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE