1  JAMES S. BURLING, No. 113013
   jsb@pacificlegal.org
2  DAMIEN M. SCHIFF, No. 235101
   dms@pacificlegal.org
3  Pacific Legal Foundation
   3900 Lennane Drive, Suite 200
4  Sacramento, California 95834
   Telephone:  (916) 419-7111
5  Facsimile:  (916) 419-7747

6  Attorneys for Applicant-Intervenors
   Tuolumne County Alliance for Resources and
7  Environment; Sierra Resource Management, Inc.;
   Tuolumne County Chamber of Commerce; and
8  California Forest Counties Schools Coalition

9

10                    UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  EARTH ISLAND INSTITUTE, a California non-profit;  )   No. 2:05-cv-1608 MCE/PAN
    and CENTER FOR BIOLOGICAL DIVERSITY, a            )
14  non-profit corporation,                           )   **ORDER GRANTING**
                                                      )   **DEFENDANT-INTERVENORS'**
15              Plaintiffs,                           )   **MOTION TO MOVE ORAL**
                                                      )   **ARGUMENT DATE**
16         v.                                         )
                                                      )
17  UNITED STATES FOREST SERVICE; DALE                )
    BOSWORTH, in his official capacity as Chief of the)
18  U.S. Forest Service; and JOHN BERRY, in his capacity)
    as Forest Supervisor for the Eldorado National Forest, )
19                                                    )
                Defendants,                           )
20                                                    )
    SIERRA PACIFIC INDUSTRIES,                        )
21                                                    )
                Defendant-Intervenor,                 )
22                                                    )
           and                                        )
23                                                    )
    TUOLUMNE COUNTY ALLIANCE FOR                      )
24  RESOURCES AND ENVIRONMENT; SIERRA                 )
    RESOURCE MANAGEMENT, INC.;                        )
25  TUOLUMNE COUNTY CHAMBER OF                        )
    COMMERCE; and CALIFORNIA FOREST                   )
26  COUNTIES SCHOOLS COALITION,                       )
                                                      )
27              Applicant-Intervenors.                )
                                                      )
28

1  Having reviewed the motion filed by Defendant-Intervenors Tuolumne County Alliance for
2  Resources and Environment, Sierra Resource Management, Inc., Tuolumne County Chamber of
3  Commerce, and California Forest Counties Schools Coalition (Tuolumne Intervenors) to move the
4  oral argument date set for their Motion for Reconsideration from January 8, 2007, to March 5,
5  2007, and having noted that all parties are in agreement as to the request, the Court hereby
6  GRANTS the motion. Oral argument on the Motion for Reconsideration shall be held on March 5,
7  2007, at 9:00 a.m., in courtroom 3. The due dates for all remaining pleadings to be filed in
8  connection with the Motion for Reconsideration shall now be based upon the March 5, 2007,
9  hearing date.

DATED: January 3, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-