McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766

MATTHEW J. McKEOWN
Acting Assistant Attorney General
STACEY BOSSHARDT
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-2912

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a California non-profit, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | No. 2:05-CV-01608-MCE-PAN <br><br><br><br> NOTICE OF SUBSTITUTION OF DEFENDANTS AND PROPOSED ORDER |

NOTICE IS HEREBY GIVEN that Abigail R. Kimbell replaced Dale N. Bosworth as Chief of the Forest Service on February 5, 2007, and Ramiro Villalvazo replaced John Berry as Forest Supervisor for the Eldorado National Forest on July 23, 2006.

///

///

///

1

1   Accordingly, pursuant to Fed. R. Civ. P. 26(d)(1), Kimbell
2  is substituted as defendant in place of Bosworth, Villalvazo is
3  substituted as defendant in place of Berry, and all further
4  proceedings in this action "shall be in the name of the
5  substituted part[ies]."

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                              By:   /s/ David T. Shelledy
                                    DAVID T. SHELLEDY
                                    Assistant U.S. Attorney

                                    Attorneys for the Forest Service,
                                    U.S. Department of Agriculture;
                                    Chief of the Forest Service; and
                                    Forest Supervisor for the Eldorado
                                    National Forest




                                    ORDER

    IT IS SO ORDERED.

Dated: April 27, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2